IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3126 |
| | ) | |
| vs. | ) | **ORDER FOR** |
| | ) | **DISMISSAL OF INDICTMENT** |
| ALFONSO LOPEZ-FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, ALFONSO LOPEZ-FLORES.

Dated March 8, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge